UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEACREST MARINE, LLC**                                           **CIVIL ACTION**

**VERSUS**                                                         **NUMBER: 11-172**

**M & T OCEANOGRAPHIC RESEARCH, LLC**                              **SECTION: "B"(4)**

## ORDER

Parties' status reports indicate ongoing cooperation for timely completion of pretrial work.  Counsel for Defendant indicated scheduling a settlement meeting between the parties within the next several weeks.  After that meeting, but no later than **July 18, 2011** parties shall submit another set of status reports concerning settlement and updates on discovery, and other issues that might need court intervention.  The Court sincerely appreciates the diligent work of all counsel here.

New Orleans, Louisiana, this 19th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE